# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel, | Case No. EDCV14-01178 JAK (DTBx) |
| Plaintiff, | **ORDER GRANTING JOINT STIPUJLATION FOR DISMISSAL** |
| v. | **JS-6** |
| Nautica Retail USA, Inc. dba Nautica of Ontario #66, | |
| Defendant. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendant Nautica Retail USA, Inc. dba Nautica of Ontario #66,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: January 16, 2015

_____
JOHN A. KRONSTADT
United States District Judge

*Vogel v. Nautica Retail USA, Inc.*          Case No. EDCV14-01178 JAK (DTBx)
Order re: Joint Stipulation for Dismissal

Page 1